Hillsborough District Court
No. 7838

STATE OF NEW HAMPSHIRE

v.

KENNETH MAXFIELD

December 16, 1977

*David H. Souter*, attorney general, and *John L. Ahlgren*, assistant attorney general, by brief, for the state.

*Kenneth Maxfield* filed no brief.

MEMORANDUM OPINION

This is an interlocutory appeal regarding a criminal charge of hunting without a proper license. The state's brief concedes that the defendant cannot be found guilty of the charge; therefore the case is remanded to the district court for entry of a finding of not guilty. *See State v. Doyle*, re interlocutory appeals, 117 N.H. 789, 378 A.2d 1379 (1977).

*Remanded.*